IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Muhammad W.K.A. Qadir, | ) | C/A No.: 4:24-cv-03071-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| South Carolina Department of Motor Vehicles; DMV Director Kevin Shwedo; Anna B. Wicker; Shirley Rivers; John Doe; and John Doe Officers, | ) ) ) ) ) | |
| Defendants. | | |

On August 26, 2024, Plaintiff filed a motion to dismiss this civil action against Defendants. [ECF No. 24.] In the motion, Plaintiff informs the court he is having computer issues, making it impossible for him to research and "follow the rules of federal court" in preparing objections to the Report and Recommendation issued by United States Magistrate Judge Shiva V. Hodges. [ECF No. 24 at 1, 2.] Plaintiff asks to withdraw his action without prejudice so he may remedy these issues and pursue his claims at a future date. *Id.* at 2.

Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The rule further provides that, unless stated otherwise, a dismissal under this paragraph is without prejudice. Fed. R. Civ. P. 41(a)(2). Here, the Plaintiff seeks dismissal without prejudice as the rule states. [ECF No. 24 at 2.] Upon review, the court **GRANTS** Plaintiff's Motion, ECF No. 24, and hereby **DISMISSES THIS ACTION WITHOUT PREJUDICE**. Accordingly, the pending Report and Recommendation, ECF No. 16, is rendered **MOOT**.

**IT IS SO ORDERED.**

September 12, 2024
Columbia, South Carolina

Sherri A. Lydon
United States District Judge